619 A.2d 1059

**ST. JOHN NEUMANN NURSING HOME, Immaculate Mary Home, St. Francis Country Home and St. Mary's Manor, Appellants,**

v.

**DEPARTMENT OF PUBLIC WELFARE.**

Supreme Court of Pennsylvania.

Argued Jan. 27, 1993.

Decided Feb. 17, 1993.

William G. Scarborough, Pauline C. Scalvino, Philadelphia, for St. John Neumann.

John A. Kane, Harrisburg, for Dept. of Public Welfare.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

### ORDER

**PER CURIAM:**

Order affirmed.

LARSEN, J., dissents.